IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| N.M.S., a minor, by and through her natural guardians and Next Friends; AMBER SHORT, and SCOTT SHORT,<br><br>Plaintiffs,<br><br>vs.<br><br>HEATHER RAMSEY, APRN-CNM; THE MIDWIFE'S PLACE LLC, and BELLEVUE MEDICAL CENTER, L.L.C.,<br><br>Defendants. | 8:16CV499<br><br>**ORDER** |

The Court entered an order on April 25, 2018 (Filing No. 102), granting both Plaintiffs' Motion to Compel (Filing No. 84) and Defendant Bellevue Medical Center, LLC's Motion for Protective Order (Filing No. 90), in part. Plaintiffs have now filed a motion requesting that the Court reconsider its ruling (Filing No. 104). The motion is denied.

The Court's April 25, 2018 ruling is clear. Nevertheless, to clarify, there is nothing in the Court's order which precludes Plaintiffs or their counsel from requesting the production of the insurance policies at issue in this case in other litigation.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Reconsideration (Filing No. 104) is denied.

Dated this 1st day of June, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge